# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| JAMES RAY YOUNG, ) | |
| ) | |
| Plaintiff, ) | 6:16-cv-00061-DLB |
| ) | |
| v. ) | |
| ) | |
| GLA COLLECTION COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2. The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party.

**Date:** December 15, 2016

| **For Plaintiff,** | **For Defendant,** |
|---|---|
| **James Young** | **GLA Collection Company, Inc.** |
| /s David M. Marco | /s with consent William E. Smith III |
| SMITHMARCO, P.C. | Kightlinger & Gray, LLP |
| 55 W. Monroe Street, Suite 1200 | 312 S. Fourth Street, Suite 700 |
| Chicago, IL 60603 | Louisville KY 40202 |
| **Telephone:** (312) 546-6539 | **Telephone:** 502-442-2295 |
| **Facsimile:** (888) 418-1277 | **Facsimile:** 502-442-2703 |
| **E-mail:** dmarco@smithmarco.com | **E-mail:** wsmith@k-glaw.com |
| *Admitted Pro Hac Vice* | |